GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2023 JUN -7 PM 4:45

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00811 TUC-JCH(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 554(a)<br>(Smuggling Goods from the United States)<br>Count 1 |
| Axel Ricardo Andrade, | |
| Defendant. | 50 U.S.C. § 4819(d)(1)(C) and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about March 3, 2023, in the District of Arizona, Defendant AXEL RICARDO ANDRADE, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: twelve (12) boxes of .308 or 7.62x51 M60 machinegun ammunition links, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

All in violation of Title 18, United States Code, Sections 554(a).

## FORFEITURE ALLEGATION

Upon conviction of Count 1 of the Indictment, the defendant, AXEL RICARDO ANDRADE, shall forfeit to the United States pursuant to Title 50, United States Code, Section 4819(d)(1)(C), and Title 28, United States Code, Section 2461(c), any property constituting an item that is exported or intended to be exported in violation of Title 50, United States Code, Section 4819, including but not limited to: twelve (12) boxes of .308 or 7.62x51 M60 machinegun ammunition links.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 50, United States Code, Section 4819(d)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

s/

FOREPERSON OF THE GRAND JURY
Dated: June 7, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

s/

ADAM D. ROSSI
Assistant United States Attorney